# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JOSEPH, an individual,<br><br>      Plaintiff,<br><br>    v.<br><br>JELD-WEN, INC., a Delaware corporation doing business as JELD-WEN WINDOWS AND DOORS; and DOES 1 to 20, inclusive,<br><br>      Defendants. | Case No. 3:21-cv-01101-MMA-WVG<br><br>**[PROPOSED] ORDER GRANTING EX PARTE MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE AND CASE MANAGEMENT CONFERENCE**<br><br>Removal Filed: June 11, 2021<br>Complaint Filed: May 11, 2021<br>Trial Date: None<br><br>ENE Conference: September 8, 2021<br>                     Time: 9:00 a.m.<br><br>District Judge: Hon. Michael M. Anello<br>_____  Courtroom 3D, 3rd Fl.,<br><br>Magistrate Judge: Hon. William V. Gallo<br>                    Courtroom/Suite 2125 |

1       Having read and considered the Motion filed by Defendant JELD-WEN, INC.
2  requesting a continuance of the Early Neutral Evaluation and Case Management
3  Conference scheduled for September 8, 2021, the Court rules as follows:
4       1.  The Early Neutral Evaluation and Case Management Conference currently
5           scheduled for September 8, 2021 at 9:00 a.m. are hereby continued to
6           _____, 2021 at _____.
7  **IT IS SO ORDERED.**

9  Dated:_____         _____
10                                        Honorable William V. Gallo
                                          United States Magistrate Judge

48429388.1

2                Case No. 3:21-cv-01101-MMA-WVG
[PROPOSED] ORDER GRANTING EX PARTE MOTION TO CONTINUE EARLY NEUTRAL
EVALUATION CONFERENCE AND CASE MANAGEMENT CONFERENCE