UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JOSEPH,<br><br>                   Plaintiff,<br><br>v.<br><br>JELD-WEN, INC.; and DOES 1 through 20, inclusive,<br><br>                  Defendants. | Case No.: 21-CV-1101-MMA-WVG<br><br>**ORDER ON DEFENDANT'S EX PARTE MOTION TO CONTINUE EARLY NEUTRAL EVALUATION AND CASE MANAGEMENT CONFERENCE** |

On September 1, 2021, Defendant filed an Ex Parte Motion to Continue Early Neutral Evaluation Conference and Case Management Conference ("ex parte application"), moving this Court to continue to the September 8, 2021 Early Neutral Evaluation Conference ("ENE") and Case Management Conference ("CMC") due to a scheduling conflict with the Rosh HaShanah Holiday. (Doc. No. 9.) The ex parte application represented Plaintiff did not object to a continuance of the ENE and the CMC. (*Id.*, 2:19-22.) However, Plaintiff failed to file any response to the ex parte application consistent with this Court's Civil Chambers Rule VI to either confirm his non-opposition or to oppose Defendant's request. Nevertheless, good cause appearing, the Court GRANTS Defendant's request.

Further, having consulted with counsel of record, the Court hereby CONTINUES the September 8, 2021 ENE and CMC to **Monday, September 27, 2021 at 10:00 a.m.** **No later than September 20, 2021**, counsel shall lodge all ENE participants' appearances, their direct telephone numbers, and the email addresses to be used to appear via Zoom for the ENE and CMC. Chambers will provide the Zoom information prior to the September 27, 2021 ENE and CMC.

**IT IS SO ORDERED.**

DATED: September 6, 2021

Hon. William V. Gallo
United States Magistrate Judge