# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JOSEPH,<br><br>                    Plaintiff,<br>v.<br><br>JELD-WEN, INC.,<br><br>                    Defendant. | Case No. 21-cv-1101-MMA (WVG)<br><br>**ORDER RE JOINT STIPULATION OF DISMISSAL**<br><br>[Doc. No. 16] |

On April 11, 2022, the parties filed a joint stipulation to dismiss this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). In light of the stipulation, the Court **DISMISSES** this action in its entirety with prejudice. Each party shall bear its own costs and attorney's fees. The Court further **DIRECTS** the Clerk of Court to terminate all pending deadlines and hearings and close this case.

**IT IS SO ORDERED**.

Dated: April 11, 2022

*[signature]*

HON. MICHAEL M. ANELLO
United States District Judge